FILED:  July 5, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1492
(2:21-cv-00197-RCY-LRL)

_____

JAMES A. BOLEY, JR., Administrator of the Estate of Robert Lee Boley, deceased

　　　　　　Plaintiff - Appellee

v.

SERGEANT EMMANUEL BYNUM

　　　　　　Defendant - Appellant

　and

ARMOR CORRECTIONAL HEALTH SERVICES, INC.; NURSESPRING, LLC; ALVIN HARRIS, M.D.; ARLEATHIA PECK, LPN; CHARLETTE HAYES; OFFICER JOEL GUY

　　　　　　Defendants

_____

No. 23-1493
(2:21-cv-00197-RCY-LRL)

_____

JAMES A. BOLEY, JR., Administrator of the Estate of Robert Lee Boley, deceased

　　　　　　Plaintiff - Appellee

v.

ARMOR CORRECTIONAL HEALTH SERVICES, INC.; ARLEATHIA PECK, LPN

        Defendants - Appellants

 and

NURSESPRING, LLC; ALVIN HARRIS, M.D.; CHARLETTE HAYES; SERGEANT EMMANUEL BYNUM; OFFICER JOEL GUY

        Defendants

_____

O R D E R

_____

The court deconsolidates further proceedings on appeal in these cases.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk